UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Country Inns & Suites by Carlson, Inc.      Civil 11-00278 PAM/JSM

         Plaintiffs,             **ORDER OF DISMISSAL**

v.

NCR Hospitality, Inc., et al.

         Defendants.

-------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: June __30__, 2011

                                               s/Paul A. Magnuson
                                               Paul A. Magnuson**,** Judge
                                               United States District Court