UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Country Inns & Suites by Carlson, Inc.

    Plaintiff, **ORDER**

v.     Civil 11-00278 (PAM/JSM)

NCR Hospitality, Inc., et al.

    Defendants.

---

    Upon plaintiff's motion, and for good cause shown, the Court finds that this action should be reopened.

    Accordingly, **IT IS ORDERED** that:

1. The Order of this Court dated June 30, 2011 which dismissed this action is vacated.

2. This action is reopened.

Dated: July 12, 2011

    s/Paul A. Magnuson
    Paul A. Magnuson
    United States District Court Judge